UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                       :
ALTAUNE BROWN,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :                25-CV-9207 (JMF)
           -v-                                                         :
                                                                       :                ORDER
NY COMMUNITY FINANCIAL, LLC, *d/b/a CFSC*,                             :
                                                                       :
                              Defendant.                               :
                                                                       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 14, 2025, Defendant was served with the Complaint, and proof of service was filed with the Court.  *See* ECF No. 7.  To date, Defendant has failed to appear in this action. No later than **December 22, 2025,** Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if Plaintiff has any other reason to believe that Defendant has actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: December 15, 2025
      New York, New York
                                 JESSE M. FURMAN
                               United States District Judge