

Clyde & Co US LLP
2 Grand Center Tower
140 E 45th Street, Suite 26A
New York, New York 10017
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com


laura. gongaware@clydeco.us
Direct Line: +212 710 3996

May 11, 2026

**By ECF**

Hon. Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1105
New York, New York 10007

>     Re:    *Atlaune Brown v. NY Community Financial LLC*, U.S. District Court for the Southern
>     District of New York, Case No. 1:25-cv-09207

Dear Honorable Judge Furman:

My firm represents NY Community Financial, LLC d/b/a CFSC ("NY Community") in the above captioned action, and we write in response to Plaintiff Altaune Brown's ("Plaintiff") Letter Motion, dated May 4, 2026, with respect to the status of discovery in this matter. Plaintiff's counsel and the undersigned corresponded about Plaintiff's Letter Motion and the requests therein on May 6, 2026, and May 8, 2026, and spoke this afternoon, May 11, 2026. NY Community Financial submits this response with the consent of Plaintiff.

As discussed with the Court's Mediation Office, the Parties were scheduled to continue mediation on May 7, 2026. However, the mediator needed to reschedule the mediation due to a scheduling conflict. The Parties have provided their updated availability to the mediator and are awaiting confirmation from the mediator as to whether they will proceed with mediation on June 3, 2026, or June 12, 2026.

The Parties have also agreed that any outstanding discovery responses will be provided within ten (10) days of the date of this letter (*i.e.*, May 21, 2026).

Finally, due to the Parties' efforts to reach an early resolution, the Parties need further time to complete discovery in this matter. To that end, the Parties respectfully request a conference with the Court to discuss an updated discovery schedule, or in the alternative, the Parties respectfully request leave from the Court to submit an updated discovery schedule. This is the Parties' first request for an extension of the discovery deadlines.

We thank Your Honor for your time in reviewing our request and are available at the Court's convenience should Your Honor wish to discuss further.



Hon. Judge Furman
May 11, 2026
Page 2

Respectfully:

Clyde & Co US LLP


By: /s/ Laura L. Gongaware
      Laura L. Gongaware, Esq.

In light of the parties' agreement regarding the outstanding discovery responses, Plaintiff's request to compel production is hereby denied as moot without prejudice to renewal should Defendant fail to make all necessary productions by May 21, 2026.

Additionally, the parties shall appear for a pretrial conference with the Court on **May 15, 2026, at 12:00 p.m.**  The parties should be prepared to discuss their extension request and any other outstanding issues with respect to Defendant's purported non-compliance with its discovery obligations.

The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

The Clerk of Court is directed to terminate ECF Nos. 19 and 20.

    SO ORDERED.

May 12, 2026