UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                             :

ALATUNE BROWN,                         :

                         Plaintiff,         :

                                             :               25-CV-9207 (JMF)

      -v-                         :

                                             :               ORDER

NY COMMUNITY FINANCIAL, LLC,   :

                                           :

                      Defendant.     :

                                           :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As stated during the teleconference held earlier today:

- The deadlines for fact and expert discovery are hereby EXTENDED to **August 20, 2026.** No further extensions will be granted absent extraordinary circumstances.

- The pretrial conference scheduled for June 18, 2026 is hereby ADJOURNED to **August 27, 2026, at 3:00 p.m.**

     SO ORDERED.

Dated: May 15, 2026
      New York, New York                                   
                                                JESSE M. FURMAN
                                      United States District Judge